IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RENE GREEN INDIVIDUALLY AND AS HEIR OF JONATHAN EDWARD BRODY GREEN<br>       PLAINTIFF<br><br>VS.<br><br>BLITZ U.S.A., INC. AND CRESTWOOD HOLDINGS, INC.<br>       DEFENDANTS | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:07-CV-372<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

PLEASE BE ADVISED that on November 9, 2011, Blitz U.S.A., Inc., LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, Inc., Blitz Acquisition, LLC, Blitz RE Holdings and F3 Brands, LLC (collectively, the "Debtors") commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "Bankruptcy Code"). The Debtors' chapter 11 cases are now pending before The Honorable Peter J. Walsh, United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *In re Blitz U.S.A., Inc., et al.*, Chapter 11 Case No. 11-13603 (PJW).

PLEASE BE FURTHER ADVISED that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Debtors' chapter 11 cases, the above-captioned action has been automatically stayed as against the Debtor-defendant(s). Section 362 of the Bankruptcy Code provides, in part, that "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or

could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case..." are stayed. 11 U.S.C. §§ 362(a)(1) & (6).

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Debtors' chapter 11 cases may be obtained by reviewing the docket of the chapter 11 cases electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or by contacting counsel for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, (302) 651-7700 (Attn: Marcos A. Ramos, Esq. and Robert C. Maddox, Esq.).

Dated: November 18, 2011
Wilmington, Delaware

Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Robert C. Maddox (No. 5356)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Proposed Attorneys for the Debtors*

RLF1 5600601v.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of November, 2011, he caused a copy of the foregoing *Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings* to be served upon the following parties in the manner indicated below:

**By First Class Mail:**

Darren D. Grant
Matthew Boyd Flanery
GRANT & FLANERY, P.C.
Suite 200
216 W. Erwin Street
Tyler, TX 75702

E. Todd Tracy
TRACY FIRM
Suite 200
5473 Blair Road
Dallas, TX 75231

Michael Thomas Bridwell, Esq.
STRONG PIPKIN BISSELL & LEDYARD, L.L.P.
Suite 1400
595 Orleans Street
Beaumont, TX 77701

Adrienne L. Hernandez, Esq.
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

David E. Jones, Esq.
LOGAN & LOWRY, L.L.P.
102 E. 3rd Street
Grove, OK 74344

Melissa Richards Smith
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670

Valeri Stiers Malone
MALONE LEGAL GROUP
Chase Bank Tower
4245 Kemp, Ste 520
Wichita Falls, TX 76308

James Dennis Chambers
ATCHLEY RUSSELL WALDROP & HLAVINKA
1710 Moores Lane
PO Box 5517
Texarkana, TX 75505

James Scott Murphy
GARRITY GRAHAM MURPHY GAROFALO & FLINN
One Lackawanna Plaza
Montclair, NY 07042

/s/ Robert C. Maddox (No. 5356)